# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2008

135755

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

—————————————————————————

IN RE ASHLEY ANN WELSH, Minor.

—————————————————————————

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                     SC: 135755
                                     COA: 277258
                                     Oakland CC

LAURI ANN WELSH,
      Respondent-Appellant.
                                     Family Division: 03-683994-NA

————————————————————————/

On order of the Court, the application for leave to appeal the January 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2008

_Corbin R. Davis_
Clerk

s0304